IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ROBERT D. ROGGENTINE, JR., <br><br> Defendant. | 8:24-CR-107 <br><br> **ORDER RESCINDING WARRANT** |

On February 7, 2025, the Court sentenced the defendant to 48 months' incarceration following a plea of guilty on two counts of Receipt of Possession of Unregistered Firearms. Filing 47 (Judgment). At the defendant's request, the Court permitted the defendant to self-surrender to his institution of incarceration. Filing 43 (Text Minute Entry). On March 27, 2025, a Petition for Action on Conditions of Pretrial Release was filed, averring that the defendant communicated to the Probation Officer that the defendant had left the State of Nebraska without authorization, in violation of his travel restrictions. Filing 59. The Court issued a Bench Warrant for the defendant's arrest that same day. Filing 60. The Defendant was never arrested pursuant to the warrant.

On April 7, 2025, the Probation Officer informed the Court that he received notice from the Bureau of Prisons that the defendant had self-surrendered to his designated institution of incarceration. The bench warrant for the defendant's arrest was not executed. The Probation Officer made an Oral Motion to Dismiss the Petition and Rescind the Warrant. Because the defendant is now in Bureau of Prisons custody, the Court will dismiss the Petition for Action on Conditions of Pretrial Release and rescind the warrant for the defendant's arrest. Accordingly,

IT IS ORDERED:

1. The Probation Officer's Oral Motion to Dismiss the Petition and Rescind the Warrant is granted;

2. The Petition for Action on Conditions of Pretrial Release, Filing 59, is dismissed;

3. The March 27, 2025, Bench Warrant for the defendant's arrest, Filing 60, is rescinded; and

4. The Clerk of Court is directed to provide a copy of this Order to the United States Marshals Service.

Dated this 8th day of April, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge